6 A.3d 1289

**PIZZUTTI, INC., Appellee**

v.

**COMMONWEALTH of Pennsylvania, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 19, 2010.

Decided Nov. 17, 2010.

Karen Marie Gard, Howard Greeley Hopkirk, PA Office of Attorney General, for Com.

Douglas A. Campbell, Campbell & Levine, L.L.C., Pittsburgh, for Pizzutti, Inc.

376

Frederick D. Rapone, Jr., Pittsburgh, for appellee.

## ORDER

PER CURIAM.

AND NOW, this 17th day of November, 2010, the Order of the Commonwealth Court is AFFIRMED.